UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY LAMOTTE, et al.,<br>　　　　Plaintiffs.<br>　v.<br>EDDIE MURGIC, et al.,<br>　　　　Defendants. | Case No. 21-cv-01130-JCS<br><br>**ORDER TO SHOW CAUSE** |

　　　　Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 21, 2021, before this Court in the above-entitled case. Plaintiff was not present. Gilbert De Leon, counsel for Defendant was not present.

　　　　IT IS HEREBY ORDERED that Plaintiff appear on **June 25, 2021, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 21, 2021, for failure to prosecute, failure of Emperor Royalty Family Elite Specialist Transportation to appear through counsel pursuant to Civil Local Rule 3-9(b), and for failure to comply with the Court's Order of February 18, 2021. (ECF 7).  A case management conference is also scheduled for **June 25, 2021**, **at 2:00 p.m.**

　　　　IT IS SO ORDERED.

Dated: May 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge