IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY LAMOTTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE MURGIC, et al.,<br><br>Defendants. | Case No. 21-cv-01130-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |

Plaintiffs filed this case pro se in Texas state court. Defendants removed to federal court, and the case was transferred to this district. Plaintiffs have not participated in this case since removal. Chief Magistrate Judge Spero issued an order to show cause. After Plaintiffs failed to respond, Judge Spero issued a report and recommendation recommending that the case be dismissed under Federal Rule of Civil Procedure 41(b). See R&R (dkt. 20). The case was reassigned to the undersigned Judge.

Plaintiffs did not file objections to the report and recommendation before the due date of May 10, 2022. Because Chief Magistrate Judge Spero's report and recommendation is well-reasoned, thorough, and correct, the Court adopts it in full. The Court hereby dismisses this case.

**IT IS SO ORDERED.**

Dated: May 24, 2022

_____
CHARLES R. BREYER
United States District Judge