IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY LAMOTTE, et al., | Case No. 21-cv-01130-CRB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| EDDIE MURGIC, et al., | |
| Defendants. | |

Having dismissed this case for failure to show cause, see Order Dismissing Case (dkt. 23), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 24, 2022

CHARLES R. BREYER
United States District Judge